PROB 12C
(6/16)

Report Date: June 4, 2018

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Zeferino Camacho-Ambrocio | Case Number: 0980 2:16CR00129-001 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 12, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Alien in US after Deportation, 8 U.S.C. § 1326 | | |
| Original Sentence: | Prison - 94 days; TSR - 36 days | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: October 12, 2016 | |
| Defense Attorney: | Nicholas W. Marchi | Date Supervision Expires: October 11, 2019 | |

---

### PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 1**: The defendant shall not commit another federal, state or local crime.<br><br>**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of assault in the second degree, on or prior to May 19, 2018.<br><br>On January 24, 2017, the offender signed his Judgement in a Criminal Case indicating he understood he could not commit any additional federal, state, or local crime.<br><br>On May 19, 2018, the offender was arrested by officers after committing an assault. The offender was booked into the Adams County Jail under case number 18-1-001767.<br><br>On May 21, 2018, the offender posted bond and was released from custody. The offender's next court date is unknown at this time. |

On June 1, 2018, staff at the Adams County Jail called the probation office and advised of the offender's arrest and release. The offender had been booked under a different name and it was not until his fingerprint information had been returned that his true identity was known. Attempts have been made to contact the offender by phone but contact has not been established.

2  **Standard Condition # 16**: If the defendant is arrested or has any official contact with a law enforcement officer in a civil or criminal investigative capacity, the defendant must notify the probation officer within 72 hours.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to report law enforcement contact within 72 hours.

On January 24, 2017, the offender signed his Judgement in a Criminal Case indicating he understood he must report all contact with law enforcement within 72 hours.

On May 19, 2018, the offender was arrested by officers with the Othello Police Department. The offender was released from custody on May 21, 2018. To date, the offender has not advised of law enforcement contact.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6/4/2018

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[√] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Thomas O. Rice
Chief United States District Judge
June 4, 2018
Date