PROB 12C
(6/16)

Report Date: August 9, 2018

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Zeferino Camacho-Ambrocio | Case Number: 0980 2:16CR00129-TOR-1 |

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 12, 2016

| | | |
|---|---|---|
| Original Offense: | Alien in US after Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 94 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: October 12, 2016 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: October 11, 2019 |

## PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 06/04/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 1**: The defendant shall not commit another federal, state or local crime. |
| | **Supporting Evidence**: On August 6, 2018, Zeferino Camacho-Ambrocio was arrested and charged with disorderly conduct and obstructing a law enforcement officer, Othello District Court, docket number 8Z0684843. |
| | On January 24, 2017, the offender signed his Judgement in a Criminal Case indicating he understood the conditions imposed by the Court. |
| | On August 6, 2018, the undersigned received a message from an officer in the Adams County Jail reporting that the offender was arrested for disorderly conduct. During the process of the arrest, officers twice deployed a taser to subdue the offender. On August 7, 2018, criminal charges were filed in Othello District Court. Bail was set at $1,000 cash; he remains in custody. A copy of the arresting officer's report has been requested. |

4      **Standard Condition # 18**: The defendant must follow the instructions of the probation officer related to the conditions of supervision.

         **Supporting Evidence**: The offender is considered to be in violation of the conditions of his supervised release by failing to follow the probation officer's instructions on June 11 and July 18, 2018.

         On January 24, 2017, the offender signed his Judgement in a Criminal Case indicating he understood the conditions imposed by the Court.

         On June 11 and July 18, 2018, the probation officer directed Mr. Camacho-Ambrocio to contact Adams County Integrated Services for a substance abuse evaluation due to his previous violations. As of August 8, 2018, Adams County Integrated Services has not responded to the undersigned officer's request for information and Mr. Camacho has not provided documentation of the evaluation verifying that he has complied with the officer's instructions.

5      **Standard Condition # 16**: If the defendant is arrested or has any official contact with a law enforcement officer in a civil or criminal investigative capacity, the defendant must notify the probation officer within 72 hours.

         **Supporting Evidence**: The offender is considered to be in violation of the conditions of his supervised release by failing to report law enforcement contact within 72 hours on July 28, 2018.

         On January 24, 2017, the offender signed his Judgement in a Criminal Case indicating he understood he must report all contact with law enforcement within 72 hours.

         On July 28, 2018, Zeferino Camacho-Ambrocio was contacted by a deputy with the Adams County Sheriff's Office. The deputy responded to a call from the offender's brother that Mr. Camacho claimed to have been abducted and beaten, but the deputy could see no evidence of an assault. To date, the offender has not advised the probation officer of the law enforcement contact.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 9, 2018

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[✓]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[✓]    Defendant to appear before the Judge assigned to the case: 9/18/2018 at 2:30 PM in Spokane Courtroom 902 before Chief Judge Thomas O. Rice.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

*Thomas O. Rice*

Thomas O. Rice
Chief U.S. District Judge

  August 9, 2018
Date