PROB 12C
(6/16)

Report Date: September 20, 2018

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 21, 2018

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Zeferino Camacho-Ambrocio | Case Number: 0980 2:16CR00129-TOR-1 |
| Address of Offender: | Othello, Washington 99344 |

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 12, 2016

| | | |
|---|---|---|
| Original Offense: | Alien in US after Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 94 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: October 12, 2016 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: October 11, 2019 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 06/04/2018 and 08/09/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Standard Condition # 1**: The defendant shall not commit another federal, state or local crime. |

**Supporting Evidence**: On September 17, 2018, Zeferino Camacho-Ambrocio was arrested for assault 4th degree, domestic violence by the Adams County Sheriff's Office, case number 18-A03393.

On January 24, 2017, the offender signed his Judgement in a Criminal Case indicating he understood the conditions imposed by the Court.

On September 17, 2018, a deputy sheriff with the Adams County Sheriff's Office responded to a 911 call of a domestic assault in progress at Mr. Camacho's residence. The deputy initially contacted the offender's brother who advised that he made the call, but the parties were not fighting any more. The deputy then interviewed the offender's significant other. She reported that Mr. Camacho became angry when he came home and she had not cooked him dinner. She reported that he slapped her on the top of the head with an open hand. The deputy checked her for visible injury and could not see visible signs, but could feel a slight bump on the crown of her head.

Prob12C
**Re: Camacho-Ambrocio, Zeferino**
**September 20, 2018**
**Page 2**

The deputy then interviewed Mr. Camacho. He stated that they were "bickering" about their son not being in bed and then he got mad when his significant other took a phone away from the son. The offender admitted to drinking two beers three hours before at a restaurant. Mr. Camacho was then arrested and booked into Adams County Jail. Court charges are pending.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    September 20, 2018

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

September 20, 2018
Date