# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Zeferino Camacho-Ambrocio | Case Number: 0980 2:16CR00129-TOR-1 |

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 12, 2016

| | | |
|---|---|---|
| Original Offense: | Alien in U.S. after Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 94 days; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (01/15/2019) | Prison - 8 days; TSR - 10 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: January 15, 2019 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: November 14, 2019 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: On July 5, 2019, Zeferino Camacho-Ambrocio was arrested and charged with harassment and obstructing a police officer, Othello District Court, Othello, Washington, docket No. 9Z0699725. |
| | On January 29, 2019, the probation officer met with Mr. Camacho and reviewed the conditions with him. The offender signed a copy of the judgement indicating that he understood the conditions and received a copy of them. |
| | On July 5, 2019, officers from the Adams County Sheriff's Office and Othello Police Department responded to Mr. Camacho's residence following a domestic violence complaint to 911. The offender's family members stated that Mr. Camacho was smoking crystal in the residence; family members confronted him and made him leave the residence. During the confrontation which ensued outside, the offender threatened to hit a female family member |

with a 4-inch rock. Following Mr. Camacho's arrest and reading of his Constitutional rights, the offender agreed to show officers where he had hidden the drugs and paraphernalia. Officers eventually determined that the offender was lying to the officers and trying to delay the investigation. Mr. Camacho was booked into the Adams County Jail where he is awaiting further court proceedings.

2     **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: On July 2, 2019, Zeferino Camacho-Ambrocio failed to report to the probation office and submit to urine drug testing as instructed.

On January 29, 2019, the probation officer met with Mr. Camacho and reviewed the conditions with him. The offender signed a copy of the judgement indicating that he understood the conditions and received a copy of them.

On July 1, 2019, the probation officer contacted Mr. Camacho at his residence. During the contact, several family members approached the probation officer and voiced their concerns that the offender was using drugs. They described behavior consistent with drug use. The probation officer directed Mr. Camacho to report to the probation office to address the issue further and to submit to drug testing. Mr. Camacho failed to report to the probation office as directed on July 1, 2019.

3     **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation office about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: On July 2, 2019, Zeferino Camacho-Ambrocio failed to report to the probation office as directed by the probation officer.

On January 29, 2019, the probation officer met with Mr. Camacho and reviewed the conditions with him. The offender signed a copy of the judgement indicating that he understood the conditions and received a copy of them.

On July 1, 2019, the probation officer contacted Mr. Camacho at his residence. During the contact, several family members approached the probation officer and voiced their concerns that the offender was using drugs. They described behavior consistent with drug use. The probation officer directed Mr. Camacho to report to the probation office to address the issue further and to submit to drug testing. Mr. Camacho failed to report to the probation office as directed on July 1, 2019.

4     **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On June 28, 2019, Zeferino Camacho-Ambrocio tested positive for the use of methamphetamine.

On January 29, 2019, the probation officer met with Mr. Camacho and reviewed the conditions with him. The offender signed a copy of the judgement indicating that he understood the conditions and received a copy of them.

On June 28, 2019, Mr. Camacho reported as directed to Social Treatment Opportunity Programs (STOP), a contract substance abuse testing vendor for the probation office and submitted to urine drug testing. The sample was presumptively positive for methamphetamine and the sample was sent to Alere Laboratories for confirmation testing. On July 1, 2019, the probation officer spoke with Mr. Camacho and questioned him regarding the positive test and the offender denied any drug use. On July 3, 2019, Alere confirmed the sample was positive for the use of methamphetamine.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/09/2019

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Thomas O. Rice*
Signature of Judicial Officer

July 9, 2019
Date