Report Date: January 24, 2020

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 24, 2020

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Zeferino Camacho-Ambrocio     Case Number: 0980 2:16CR00129-TOR-1

Address of Offender:                              Othello, Washington 99344

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 12, 2016

| | | |
|---|---|---|
| Original Offense: | Alien in U.S. after Deportation, 8 U.S.C. § 1326 | |
| Original Sentence: | Prison - 94 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence (01/15/2019) | Prison - 8 days<br>TSR - 10 months | |
| Revocation Sentence (08/02/2019) | Prison - 1 month<br>TSR - 6 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: August 16, 2019 |
| Defense Attorney: | Nicholas W. Marchi | Date Supervision Expires: February 15, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

1     **Standard Condition # 2**: After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed.

**Supporting Evidence**: Mr. Camacho-Ambrocio is alleged to have failed to report to the probation officer as directed on January 21, 2020.

On August 20, 2019, the probation officer reviewed the conditions of supervision with Mr. Camacho-Ambrocio. The offender signed a copy of the judgement and was provided a copy.

On January 16, 2020, the probation officer contacted Mr. Camacho-Ambrocio at his home. Mr. Camacho-Ambrocio was directed to report to the probation office on January 17, 2020, at 11 a.m. to address his violations and to submit to drug testing. Mr. Camacho-Ambrocio

acknowledged the appointment and confirmed that he had transportation to get to the probation office. The offender failed to appear to the probation office at the appointment time, but did call approximately 2 hours later saying that he did not have transportation that day. Another appointment was set for Mr. Camacho-Ambrocio to report to the probation office on January 21, 2020 at 9 a.m. Mr. Camacho-Ambrocio failed to report as directed by the probation officer and no further communication has been received.

2 **Special Condition #2**: You must undergo periodic substance abuse evaluations at the direction of your supervising officer and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.

**Supporting Evidence**: As of January 23, 2020, Mr. Camacho-Ambrocio is alleged to have failed to attend substance abuse treatment.

On August 20, 2019, the probation officer reviewed the conditions of supervision with Mr. Camacho-Ambrocio. The offender signed a copy of the judgement and was provided a copy.

On January 17, 2020, the probation officer received a notice from Adams Integrated Services that Mr. Camacho-Ambrocio missed three treatment sessions in December 2019. On January 16, 2020, Mr. Camacho-Ambrocio was directed by the probation officer to re-engage in substance abuse treatment. On January 23, 2020, the probation officer spoke with Adams Integrated Services and discovered that Mr. Camacho-Ambrocio has not returned to treatment and his file is in the process of being closed.

3 **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Camacho-Ambrocio is alleged to have failed to report for urine drug testing on December 5, and 30, 2019; January 7, 14, and 21, 2020.

On August 20, 2019, the probation officer reviewed the conditions of supervision with Mr. Camacho-Ambrocio. The offender signed a copy of the judgement and was provided a copy of it. The probation officer also provided instructions to Mr. Camacho-Ambrocio to call Social Treatment Opportunity Program's (STOP) color line every day and report to STOP when his color, gold, was indicated.

On January 16, 2020, STOP advised the probation officer that Mr. Camacho-Ambrocio had not been reporting for urine drug testing, but had neglected to advise the probation officer. On January 22, 2020, STOP further advised that Mr. Camacho-Ambrocio's color group, gold, was directed to submit to testing on December 5, and 30, 2019; January 7, 14, and 21, 2020. On January 16, 2020, the probation officer confronted Mr. Camacho-Ambrocio regarding his missed drug testing and the offender stated that his cell phone was not working and his family would not let him use theirs. Mr. Camacho-Ambrocio was directed to report to the probation office on January 17, and 21, 2020, when a urine drug test would be taken. Mr. Camacho-Ambrocio failed to report to the office as directed.

Prob12C
**Re: Camacho-Ambrocio, Zeferino**
**January 24, 2020**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/24/2020

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
Chief United States District Judge

Signature of Judicial Officer

January 24, 2020

Date