Report Date: January 29, 2020

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 30, 2020

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Zeferino Camacho-Ambrocio          Case Number: 0980 2:16CR00129-TOR-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, Chief U.S. District Judge

Date of Original Sentence: October 12, 2016

Original Offense:        Alien in US after Deportation, 8 U.S.C. § 1326

Original Sentence:       Prison 94 days; TSR - 36 days        Type of Supervision: Supervised Release

Asst. U.S. Attorney:     Caitlin A. Baunsgard                 Date Supervision Commenced: August 16, 2019

Defense Attorney:        Paul Shelton                         Date Supervision Expires: February 15, 2020

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 01/24/2020.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 4 | **Special Condition # 14**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay. |
| | **Supporting Evidence**: As of January 28, 2020, Mr. Camacho-Ambrocio is alleged to have failed to attend mental health treatment. |
| | On August 20, 2019, the probation officer reviewed the conditions of supervision with Mr. Camacho-Ambrocio. The offender signed a copy of the judgement and was provided a copy. |
| | As directed by the Court, Mr. Camacho received an evaluation for mental health counseling at Adams Integrated Services and was recommended for individual counseling. On January 28, 2020, the probation officer received information from Mr. Camacho's mental health counselor at Adams Integrated Services that the offender has not attended mental health treatment since December 30, 2019. |

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/29/2020

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[✓] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[✓] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
Signature of Judicial Officer

January 30, 2020
Date